No. 87–1145.  POTTER v. WACKENHUT CORP. ET AL.  Appeal from C. A. 11th Cir. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–1148.  NORTON v. ILLINOIS.  Appeal from App. Ct. Ill., 3d Dist., dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6258.  HOWARD v. VIACOM INTERNATIONAL ET AL.  Appeal from D. C. N. D. Ind. dismissed for want of jurisdiction.

No. 87–5269.  OHSE v. HUGHES ET AL.  C. A. 7th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Forrester* v. *White,* 484 U. S. 219 (1988).

No. 103, Orig.  SOUTH DAKOTA v. NEBRASKA ET AL.  Pending motion for leave to file bill of complaint denied without prejudice to renewal of the motion.  [For earlier order herein, see, *e. g.,* 475 U. S. 1093.]

No. 86–1294.  WEBSTER, DIRECTOR OF CENTRAL INTELLI-GENCE v. DOE.  C. A. D. C. Cir.  [Certiorari granted, 482 U. S. 913.]  Motion of respondent for leave to file a supplemental brief after argument granted.  JUSTICE KENNEDY took no part in the consideration or decision of this motion.

No. 87–573.  UNITED STATES v. TAYLOR.  C. A. 9th Cir.  [Certiorari granted, 484 U. S. 1025.]  Motion for appointment of counsel granted, and it is ordered that Ian G. Loveseth, Esq., of San Francisco, Cal., be appointed to serve as counsel for respondent in this case.